AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOHN LINTON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:25-cv-98

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated September 18, 2026, and sentence four of 42 U.S.C. § 405(g), the Court remands the Administrative Law Judge's decision to the Commissioner. This case stands closed.

Approved by: ____________________
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

September 21, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

____________________
*(By) Deputy Clerk*